DAWN SESTITO (S.B. #214011)
dsestito@omm.com
COLLINS KILGORE (S.B. #295084)
ckilgore@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

HANNAH Y. CHANOINE (*pro hac vice*)
hchanoine@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone: +1 212 326 2128
Facsimile: +1 212 326 2061

*Attorneys for Defendant BlueTriton Brands, Inc.*
(additional counsel on signature page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID SWARTZ, CRISTINA SALGADO, and MARCELO MUTO, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE COCA-COLA COMPANY, BLUETRITON BRANDS, INC., and NIAGARA BOTTLING, LLC,<br><br>Defendants. | Lead Case No. 3:21-cv-04643-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE ANSWERS TO THE SECOND AMENDED COMPLAINT** |
| SIERRA CLUB,<br>Plaintiff,<br>v.<br><br>THE COCA-COLA COMPANY and BLUETRITON BRANDS, INC.,<br><br>Defendants. | Case No. 3:21-cv-04644-JD |

Pursuant to Civil Local Rule 6-1(b) and 6-2, Defendants BlueTriton Brands, Inc. ("BlueTriton"), The Coca-Cola Company ("Coca-Cola"), and Niagara Bottling LLC ("Niagara," and collectively, with BlueTriton and Coca-Cola, "Defendants") respectfully request that the Court extend the time for Defendants to file their Answers to the Second Amended Complaint from April 22, 2024 to April 29, 2024. Plaintiffs Sierra Club, David Swartz, Cristina Salgado, and Marcelo Muto ("Plaintiffs") do not oppose an extension.

**RECITALS**

1. The Second Amended Complaint ("SAC") in the above-captioned action was filed on August 17, 2023 (ECF No. 116).

2. The Court issued its Third Order Re Dismissal denying Defendants' Motion to Dismiss the SAC ("Order") on April 8, 2024.

3. Pursuant to Rule 12(a)(4)(A), Defendants' Answers to the SAC ("Answers") are due on April 22, 2024.

4. In order to submit the pleadings required, each individual defendant will need additional time to coordinate with their respective clients. Accordingly, Defendants respectfully request that the Court extend the time for them to file the Answers from April 22, 2024 to April 29, 2024. Plaintiffs do not oppose the request.

5. BlueTriton's counsel has submitted a declaration in support of this stipulated request.

6. Based on the foregoing, and in accordance with Civil Local Rules 6-1(b) and 6-2, the parties stipulate as follows:

**STIPULATION**

Pursuant to Civil Local Rules 6-1(b) and 6-2, and this Court's Standing Order for Civil Cases, Defendants respectfully request that the Court extend the time for Defendants to file their Answers to the SAC from April 22, 2024 to April 29, 2024. IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 18, 2024

O'MELVENY & MYERS LLP

By: /s/ *Dawn Sestito*

Dawn Sestito
Collins Kilgore
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
(213) 430-6000
(213) 430-6407 (fax)
dsestito@omm.com
ckilgore@omm.com

Hannah Y. Chanoine (*pro hac vice*)
7 Times Square
New York, NY 10036
(212) 326-2000
(212) 326-2061 (fax)
hchanoine@omm.com

*Attorneys for Defendant BlueTriton Brands, Inc.*

Dated: April 18, 2024

PATTERSON BELKNAP WEBB & TYLER LLP

By: /s/ *Steven A. Zalesin*

Steven A. Zalesin (*pro hac vice*)
Jane Metcalf (*pro hac vice*)
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2152
(212) 336-2111 (fax)
sazalesin@pbwt.com
jmetcalf@pbwt.com

Gary T. Lafayette
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
(415) 357-4600
(415) 357-4605 (fax)
glafayette@lkclaw.com

*Attorneys for Defendant The Coca-Cola Company*

//

Dated: April 18, 2024

DORSEY & WHITNEY LLP

By: /s/ *Creighton R. Magid*

Creighton R. Magid (*pro hac vice*)
1401 New York Avenue NW, Suite 900
Washington, DC 20005
(202) 442-3000
(202) 442-3199
magid.chip@dorsey.com

Kent J. Schmidt
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
(714) 800-1445
(202) 464-4507 (fax)
schmidt.kent@dorsey.com

*Attorneys for Defendant Niagara Bottling LLC*

Dated: April 18, 2024

GUTRIDE SAFIER LLP

By: /s/ *Rajiv Thairani*

Rajiv Thairani
Marie McCrary
100 Pine Street, Suite 1250
San Francisco, California 94111
(415) 639-9090
(415) 449-6469
rajiv@gutridesafier.com
marie@gutridesafier.com

*Attorneys for Plaintiffs David Swartz, Cristina Salgado, and Marcelo Muto*

**ATTESTATION OF FILING**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Dawn Sestito, hereby attest that concurrence in the filing of this Stipulation to Continue Deadline to File Answers to Second Amended Complaint (Civ. L.R. 6-1(a)) has been obtained from Steven A. Zalesin, Creighton R. Magid, and Rajiv Thairani with conformed signatures above.

Dated: April 18, 2024

O'MELVENY & MYERS LLP

By: /s/ *Dawn Sestito*

Dawn Sestito
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
(213) 430-6000
(213) 430-6407 (fax)
dsestito@omm.com

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulated request, the Court extends the time for Defendants to file their Answers to the Second Amended Complaint from April 22, 2024 to April 29, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __________, 2024

______________________________
Hon. James Donato
United States District Judge