**GUTRIDE SAFIER LLP**
SETH A. SAFIER (SBN 197427)
seth@gutridesafier.com
MARIE A. MCCRARY (SBN 262670)
marie@gutridesafier.com
RAJIV V. THAIRANI (SBN 344390)
rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94610
(415) 639-9090
(415) 449-6469 (fax)

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID SWARTZ, CRISTINA SALGADO, and MARCELO MUTO, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE COCA-COLA COMPANY, BLUETRITON BRANDS, INC., and NIAGARA BOTTLING, LLC,<br><br>Defendants. | Lead Case No.: 3:21-cv-04643-JD<br><br>**PROPOSED ORDER RE JOINT MOTION TO AMEND THE CASE SCHEDULE** |
| SIERRA CLUB,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY and BLUETRITON BRANDS, INC.,<br><br>Defendants. | Case No.: 3:21-cv-04644-JD |

The Court sets the following revised case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Current Deadline** | **Proposed Revised Agreed Deadlines or Competing Proposals** |
|---|---|---|
| Fact discovery cut-off | December 22, 2024 | March 21, 2025 |
| Expert disclosures | January 24, 2025 | April 24, 2025 |
| Rebuttal expert disclosures | February 28, 2025 | May 29, 2025 |
| Expert discovery cut-off | March 21, 2025 | June 20, 2025 |
| Last day to file class certification motion | April 11, 2025 | July 11, 2025 |
| Last day to file opposition to class certification | May 9, 2025 | August 8, 2025 |
| Last day to file reply in support of class certification | May 30, 2025 | August 29, 2025 |
| Last day to file dispositive and *Daubert* motions | September 12, 2025 | December 12, 2025 |
| Pretrial Conference | Thursday, November 20, 2025, at 1:30pm | Thursday, February 19, 2026, at 1:30pm |
| Jury Trial | Monday, December 1, 2025, at 9:00am | Monday, March 2, 2026, at 9:00am |

///

///

///

///

///

///

| Disputed Additional Proposals | Proposed By | Granted/Denied |
| --- | --- | --- |
| No party shall serve interrogatories, document requests, or requests for admission after November 22, 2024, other than those relating specifically to facts revealed for the first time in a document production, expert report, or deposition provided by the opposing party on or after November 1, 2024. | All Defendants | [Granted/Denied] |
| Denial of Plaintiffs' pending disputes against BTB (ECF Nos. 150 & 152) and an order that BTB and the parties further meet and confer regarding discovery deadlines. | BTB | [Granted/Denied] |

**IT IS SO ORDERED.**

Dated:

____________________________________________

HONORABLE JAMES DONATO