KENT J. SCHMIDT (SBN 195969)
schmidt.kent@dorsey.com
JILL GUTIERREZ (SBN 258138)
gutierrez.jill@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

CREIGHTON R. MAGID (admitted *pro hac vice*)
magid.chip@dorsey.com
DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 442-3555
Facsimile: (202) 315-3852

Attorneys for Defendant NIAGARA BOTTLING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SWARTZ, CRISTINA SALGADO, and MARCELO MUTO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE COCA-COLA COMPANY, BLUETRITON BRANDS, INC., and NIAGARA BOTTLING, LLC,<br><br>Defendant. | Consolidated Case No. 21-CV-04643-JD<br><br>**STIPULATION OF DISMISSAL OF CLAIMS AGAINST NIAGARA BOTTLING, LLC WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties to this action hereby stipulate to the dismissal by Plaintiffs David Swartz, Cristina Salgado, and Marcelo Muto ("Plaintiffs"), with prejudice, of all claims against Niagara Bottling, LLC ("Niagara"). Plaintiffs and further stipulate that Plaintiffs and shall bear their own costs.

| | |
|---|---|
| */s/ Steven A. Zalesin* <br> Steven A. Zalesin (admitted *pro hac vice*) <br> Jane Metcalf (admitted *pro hac vice*) <br> Dakotah Burns (admitted *pro hac vice*) <br> Ian Kerr (admitted *pro hac vice*) <br> Julia MacAllister (admitted *pro hac vice*) <br> PATTERSON BELKNAP WEBB & TYLER LLP <br> 1133 Avenue of the Americas <br> New York, New York 10036 <br> (212) 336-2000 <br> (212) 336-2222 (fax) <br> sazalesin@pbwt.com <br> jmetcalf@pbwt.com <br> dburns@pbwt.com <br> ikerr@pbwt.com <br> jmacallister@pbwt.com <br><br> Attorneys for Defendant The Coca-Cola Company | */s/ Hannah Y. Chanoine* <br> Dawn Sestito <br> O'MELVENY & MYERS LLP <br> 400 South Hope Street, 19th Floor <br> Los Angeles, California 90071-2811 <br> (213) 430-6000 <br> (213) 430-6407 (fax) <br> dsestito@omm.com <br><br> Hannah Y. Chanoine (*pro hac vice*) <br> O'MELVENY & MYERS LLP <br> 1301 Avenue of the Americas <br> New York, New York 10019 <br> (212) 326-2128 <br> (212) 326-2061 (fax) <br> hchanoine@omm.com <br><br> Attorneys for Defendant BlueTriton Brands, Inc. |

**IT IS SO ORDERED.**

Dated: May 1, 2025

_____
JAMES DONATO
United States District Judge