**GUTRIDE SAFIER LLP**
SETH A. SAFIER (SBN 197427)
seth@gutridesafier.com
MARIE A. MCCRARY (SBN 262670)
marie@gutridesafier.com
RAJIV V. THAIRANI (SBN 344390)
rajiv@gutridesafier.com
ANDREAS E. MOFFETT (pro hac vice)
andreas@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94610
(415) 639-9090
(415) 449-6469 (fax)

*Attorneys for Plaintiffs*

*Additional Counsel Listed on signature page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID SWARTZ, CRISTINA SALGADO, and MARCELO MUTO, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE COCA-COLA COMPANY, BLUETRITON BRANDS, INC., and NIAGARA BOTTLING, LLC,<br><br>Defendants. | Case No. 3:21-cv-04643-JD<br><br>**STIPULATION OF DISMISSAL OF CLAIMS AGAINST BLUETRITON BRANDS, INC. WITH PREJUDICE** |
| SIERRA CLUB,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY and BLUETRITON BRANDS, INC.,<br><br>Defendants. | Case No. 3:21-cv-04644-JD |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to this action hereby stipulate to the dismissal by Plaintiffs Sierra Club, David Swartz, Cristina Salgado, and Marcelo Muto ("Plaintiffs"), with prejudice, of all claims against BlueTriton Brands, Inc. ("BTB"). Plaintiffs and BTB further stipulate that they shall bear their own costs.

Dated: June 12, 2025             Respectfully submitted,

**GUTRIDE SAFIER LLP**
By: */s/Rajiv V. Thairani/* [1]
Seth A. Safier (SBN 197427)
seth@gutridesafier.com
Marie A. McCrary (SBN 262670)
marie@gutridesafier.com
Rajiv V. Thairani (SBN 344390)
rajiv@gutridesafier.com
Andreas E. Moffett (pro hac vice)
100 Pine Street, Suite 1250
San Francisco, California 94111
(415) 639-9090
(415) 449-6469 (fax)

Stephen M. Raab (appearing pro hac vice)
stephen@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (415) 639-9090 x109

*Attorneys for Plaintiffs*

---

[1] Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Rajiv V. Thairani, hereby attest that concurrence in the filing of this Stipulation of Dismissal has been obtained from Hannah Chanoine, Counsel for BTB and Steven A. Zalesin, counsel for Coca-Cola.

**O'MELVENY & MYERS LLP**

By: */s/Hannnah Chanoine/*
Dawn Sestito
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
(213) 430-6000
(213) 430-6407 (fax)
dsestito@omm.com

Hannah Y. Chanoine (*pro hac vice*)
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
(212) 326-2128
(212) 326-2061 (fax)
hchanoine@omm.com

*Attorneys for Defendant BlueTriton Brands, Inc.*


**PATTERSON BELKNAP WEBB & TYLER LLP**

By: */s/Steven A. Zalesin/*
Steven A. Zalesin (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
(212) 336-2222 (fax)
sazalesin@pbwt.com

**LAFAYETTE & KUMAGAI LLP**
Gary T. Lafayette (SBN 88666)
1300 Clay Street, Suite 810
Oakland, California 94612
(415) 357-4600
(415) 357-4605 (fax)
glafayette@lkclaw.com

*Attorneys for Defendant The Coca-Cola Company*