**GUTRIDE SAFIER LLP**
SETH A. SAFIER (SBN 197427)
seth@gutridesafier.com
MARIE A. MCCRARY (SBN 262670)
marie@gutridesafier.com
RAJIV V. THAIRANI (SBN 344390)
rajiv@gutridesafier.com
ANDREAS E. MOFFETT (pro hac vice)
andreas@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94610
(415) 639-9090
(415) 449-6469 (fax)

*Attorneys for Plaintiffs*

*Additional Counsel Listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID SWARTZ, CRISTINA SALGADO, and MARCELO MUTO, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE COCA-COLA COMPANY, BLUETRITON BRANDS, INC., and NIAGARA BOTTLING, LLC,<br><br>Defendants. | Case No. 3:21-cv-04643-JD<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST THE COCA-COLA COMPANY WITH PREJUDICE** |
| SIERRA CLUB,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY and BLUETRITON BRANDS, INC.,<br><br>Defendants. | Case No. 3:21-cv-04644-JD |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to the above-captioned actions hereby stipulate to the dismissal by Plaintiffs David Swartz, Cristina Salgado, Marcelo Muto, and the Sierra Club ("Plaintiffs"), with prejudice, of all claims against The Coca-Cola Company. Each party shall bear their own costs and attorneys' fees.

Dated: June 25, 2025                                    Respectfully submitted,


By: */s/Rajiv V. Thairani/* [1]
Seth A. Safier (SBN 197427)
seth@gutridesafier.com
Marie A. McCrary (SBN 262670)
marie@gutridesafier.com
Rajiv V. Thairani (SBN 344390)
rajiv@gutridesafier.com
Andreas E. Moffett (pro hac vice)
andreas@gutridesafier.com
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, California 94111
(415) 639-9090
(415) 449-6469 (fax)

Stephen M. Raab (appearing pro hac vice)
stephen@gutridesafier.com
GUTRIDE SAFIER LLP
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (415) 639-9090 x109

*Attorneys for Plaintiffs*

---

[1] Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Rajiv V. Thairani, hereby attest that concurrence in the filing of this Stipulation of Voluntary Dismissal has been obtained from Steven A. Zalesin, Counsel for The Coca-Cola Company.

By: */s/Steven A. Zalesin/*
Steven A. Zalesin (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
(212) 336-2222 (fax)
sazalesin@pbwt.com

Gary T. Lafayette (SBN 88666)
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
(415) 357-4600
(415) 357-4605 (fax)
glafayette@lkclaw.com

*Attorneys for Defendant The Coca-Cola Company*